**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Hebrew Hospital Senior Housing Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Westchester Meadows Continuing Care Retirement Community**<br>**DBA  Fieldstone at Westchester Meadows** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-3975534** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **55 Grasslands Road**<br>**Valhalla, NY 10595**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Westchester**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **http://www.westchestermeadows.org/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor    **Hebrew Hospital Senior Housing Inc.**    Case number (*if known*)

Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
**6233**

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **HHH Choices Health Plan LLC**    Relationship to you    **Affiliate**

District    **Southern District of New York**    When    **5/04/15**    Case number, if known    **15-11158-mew**

| Debtor | **Hebrew Hospital Senior Housing Inc.** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Hebrew Hospital Senior Housing Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signature**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  9, 2015**
              MM / DD / YYYY

**X** **/s/ Mary Frances Barrett**                    **Mary Frances Barrett**
Signature of authorized representative of debtor        Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Raymond L. Fink**                    Date **December  9, 2015**
Signature of attorney for debtor                     MM / DD / YYYY

**Raymond L. Fink**
Printed name

**Harter Secrest & Emery LLP**
Firm name

**1600 Bausch & Lomb Place**
**Rochester, NY 14604-2711**
Number, Street, City, State & ZIP Code

Contact phone  **(585) 232-6500**    Email address

Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Hebrew Hospital Senior Housing Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  9, 2015**          X **/s/ Mary Frances Barrett**
                                             Signature of individual signing on behalf of debtor

                                             **Mary Frances Barrett**
                                             Printed name

                                             **CEO**
                                             Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hebrew Hospital Senior Housing Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1199 SEIU Funds 330 West 42nd Street 27th Floor New York, NY 10036** | | **Trade debt** | **Contingent Unliquidated** | | | **$23,516,694.00** |
| **Akula, Rose c/o John Akula 5 Forest Street Cambridge, MA 02140** | | **Entrance Fee Refund** | | | | **$316,800.00** |
| **Blumenthal, Julie c/o Mary Blumenthal-Lane 10 Donellan Road Scarsdale, NY 10583** | | **Entrance Fee Refund** | | | | **$467,100.00** |
| **Clark, Ann c/o Peter Clark 123 Underhill Avenue Scarsdale, NY 10583** | | **Entrance Fee Refund** | | | | **$499,500.00** |
| **Dragoon, Marion c/o Amy Rosen 364 Weaver Street Larchmont, NY 10538** | | **Entrance Fee Refund** | | | | **$245,700.00** |
| **Duboff, Elizabeth c/o David Duboff 304 Orchard Hill Lane Brewster, NY 10509** | | **Entrance Fee Refund** | | | | **$218,700.00** |
| **Follman, Judith c/o Amy Brooks 9 Greenridge Drive Chappaqua, NY 10514** | | **Entrance Fee Refund** | | | | **$232,200.00** |
| **Frankel, Mirium 535 East 86th Street New York, NY 10028** | | **Entrance Fee Refund** | | | | **$310,788.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                            Best Case Bankruptcy

| Debtor | **Hebrew Hospital Senior Housing Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gorelick, Herb c/o Judy Kamenstein 40 Overton Road Scarsdale, NY 10583 | | Entrance Fee Refund | | | | $358,723.00 |
| Health Facility Assessment Fun Assessment Fund Admin PO Box 4757 Syracuse, NY 13221 | | Trade debt | | | | $112,630.00 |
| Howard, Grace c/o Carl Howard 163 Millard Avenue Tarrytown, NY 10591 | | Entrance Fee Refund | | | | $221,400.00 |
| Landry, Beverly 4983 Bacopa Lane South Saint Petersburg, FL 33715 | | Entrance Fee Refund | | | | $157,592.00 |
| Lane, Estelle c/o Faye Ellen Lane 1 Strawberry Hill Ave, Apt. 1C Stamford, CT 06902 | | Entrance Fee Refund | | | | $398,700.00 |
| Lang, Leo c/o Annie Lang 805 Mills Green Court Raleigh, NC 27609 | | Entrance Fee Refund | | | | $427,500.00 |
| Nutrition Management Services Box 725 Kimberton Rd. Kimberton, PA 19442 | | Trade debt | | | | $202,396.85 |
| Steiner, Thelma c/o Miriam Cohen 19 Deartree Lane Briarcliff Manor, NY 10510 | | Entrance Fee Refund | | | | $329,400.00 |
| Tarshis, Suzette c/o Peter Tarshis 245 West 107th Street, #6B New York, NY 10025 | | Entrance Fee Refund | | | | $265,047.00 |
| Town of Greenburgh Comptroller 17 Hillside Ave. White Plains, NY 10607 | | Trade debt | | | | $1,178,263.61 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Hebrew Hospital Senior Housing Inc.**                     Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Weiner, Ethel c/o Robert Weiner 360 East 72nd Street New York, NY 10021** | | **Entrance Fee Refund** | | | | $306,900.00 |
| **Zatz, Marvin 47 South Beach Drive Norwalk, CT 06853** | | **Entrance Fee Refund** | | | | $77,068.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re   **Hebrew Hospital Senior Housing Inc.**

Case No. _____

Debtor(s)

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **December 9, 2015**

Signature   **/s/ Mary Frances Barrett**

**Mary Frances Barrett**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    __Hebrew Hospital Senior Housing Inc.__                  Case No. _____

                                   Debtor(s)        Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __December  9, 2015__ _____          __/s/ Mary Frances Barrett__ _____

                                                __Mary Frances Barrett__/CEO
                                                Signer/Title

.

1199 CHILD CARE FUND
330 WEST 42ND STREET
27TH FLOOR
NEW YORK, NY 10036


1199 JOB SECURITY FUND
330 WEST 42ND STREET
27TH FLOOR
NEW YORK, NY 10036


1199 NATIONAL BENEFIT FUND
330 WEST 42ND STREET
27TH FLOOR
NEW YORK, NY 10036


1199 SEIU FUNDS
330 WEST 42ND STREET
27TH FLOOR
NEW YORK, NY 10036


1199 SEIU LABOR MANAGEMENT
330 WEST 42ND STREET
27TH FLOOR
NEW YORK, NY 10036


1199 SEIU POLITICAL ACTION FND
330 WEST 42ND ST.
27TH FL
NEW YORK, NY 10036


1199 TRAINING & UPGRADING
330 WEST 42ND STREET
27TH FLOOR
NEW YORK, NY 10036


A & C FURIA ELECTRIC MOTOR
75 LAFAYETTE AVE.
WHITE PLAINS, NY 10603


ACME AMERICAN REPAIRS
177-10 93RD AVE.
JAMAICA, NY 11433

ADHCC
ADULT DAY HEALTH CARE COUNCIL
13 BRITISH AMERICAN BLVD. #2
LATHAM, NY 12110


ADLER, AYTAN
50 ROSE HILL AVE.
NEW ROCHELLE, NY 10804


AKULA, ROSE
C/O JOHN AKULA
5 FOREST STREET
CAMBRIDGE, MA 02140


ALL DOOR & GARAGE INC.
17 NEPPERHAN AVE.
ELMSFORD, NY 10523


ALL SAFE FIRE PROTECTION, INC.
PO BOX 53
THORNWOOD, NY 10594


ALLSTATE PAINT & WALLCOVERING
177 MCLEAN AVE.
YONKERS, NY 10705


AQUA TECH RECREATION
15 ST. NICHOLAS AVE.
HEMPSTEAD, NY 11551


ARIES WINE & SPIRITS
128 WEST NEW YORK POST RD.
WHITE PLAINS, NY 10606


ATTORNEY GENERAL OF NEW YORK
ATTN: JAMES G. SHEEHAN
120 BROADWAY
NEW YORK, NY 10271


ATTRACTIVE AQUARIUMS
C/O GARY RAISMAN
10 MIDWAY LANE
LEVITTOWN, NY 11756

AUTOMATED CONTROL LOGIC, INC.
578 COMMERCE ST.
THORNWOOD, NY 10594


BEST - METROPOLITAN TWL & LIN
PO BOX 9004
HEMPSTEAD, NY 11551


BLACK BOX CORP
PO BOX 536503
PITTSBURGH, PA 15253-5907


BLEAKLEY, PLATT & SCHMIDT, LLP
ATTN: JOHN J. LOVELESS
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NY 10601


BLUE CROSS BLUE SHEILD
PO BOX 11744
NEWARK, NJ 07101-4744


BLUMENTHAL, JULIE
C/O MARY BLUMENTHAL-LANE
10 DONELLAN ROAD
SCARSDALE, NY 10583


BROWN, DONALD
309 LANGDON AVE.
MOUNT VERNON, NY 10553


BROWN, PATRICIA
454 FRANKLIN AVE.
MOUNT VERNON, NY 10553


BUCHANAN INGERSOLL & ROONEY
ONE OXFORD CENTER
301 GRANT STREET 20TH FLOOR
PITTSBURGH, PA 15219-1410


CABLEVISION
1111 STEWART AVE.
BETHPAGE, NY 11714

CABLEVISION LIGHTPATH
P.O. BOX 360111
PITTSBURGH, PA 15251


CHEMSEARCH
23261 NETWORK PLACE
CHICAGO, IL 60673-1232


CLARK, ANN
C/O PETER CLARK
123 UNDERHILL AVENUE
SCARSDALE, NY 10583


CLASSIC CHEMICALS, INC.
616 MAIN ST.
FL. 2
REISTERSTOWN, MD 21136


CLEAN AIR QUALITY SERVICE INC.
161 BRADY AVE.
HAWTHORNE, NY 10532


COHNREZNICK LLP
ATTN: CHAD SHANDLER
1212 SIXTH AVENUE
NEW YORK, NY 10036-1600


COLEMAN, SHELBY WEBB
2147 HONEYWELL AVE.
APT. 6A
BRONX, NY 10460


CON EDISON
COOPER STATION
P.O. BOX 138
NEW YORK, NY 10276


CON EDISON
P.O. BOX 1701
NEW YORK, NY 10116-1702


CONNECTICUT BUSINESS SYSTEM
PO BOX 788760
PHILADELPHIA, PA 19178-8760

CORBETT, GERARD
PO BOX 608
BRONX, NY 10465


COUNTY OF WESTCHESTER IDA
ATTN: CHAIRMAN
148 MARITIME AVENUE
WHITE PLAINS, NY 10601


DALEY, MARION
2749 BRONXWOOD AVE.
BRONX, NY 10469


DAUENHAUER, WARREN
66-49 JAY AVENUE
MASPETH, NY 11378


DEMCO INC.
3800 LAKE SHORE RD.
BUFFALO, NY 14219


DERMARITE INDUSTRIES LLC
PO BOX 631
HAWTHORNE, NJ 07507


DIRECT ENERGY
P.O. BOX 905243
CHARLOTTE, NC 28290-5243


DLA PIPER LLP (US)
ATTN: THOMAS CALIFANO
1251 SIXTH AVENUE, 27TH FLOOR
NEW YORK, NY 10020-1104


DONE, BEGONA
769 GARDEN ST.
BRONX, NY 10460


DR. B.K. SURI
2 N. BROADWAY
WHITE PLAINS, NY 10601

DRAGOON, MARION
C/O AMY ROSEN
364 WEAVER STREET
LARCHMONT, NY 10538


DUBOFF, ELIZABETH
C/O DAVID DUBOFF
304 ORCHARD HILL LANE
BREWSTER, NY 10509


EASTVIEW SERVICE INC.
1160 KNOLLWOOD RD.
WHITE PLAINS, NY 10603


EHEALTH SOLUTIONS INC.
575 EIGHTH AVE.
15TH FL.
SCARSDALE, NY 10583


EPIC PRINTING
258 SAW MILL RIVER RD.
ELMSFORD, NY 10523


FIRST NATIONWIDE TITLE AGENCY
ATTN: JEFFREY TANEN
50 C. LINDBERGH BLVD, STE 600
UNIONDALE, NY 11553


FOLLETT CORP.
PO BOX 2806
PHILADELPHIA, PA 19178-2806


FOLLMAN, JUDITH
C/O AMY BROOKS
9 GREENRIDGE DRIVE
CHAPPAQUA, NY 10514


FRANKEL, MIRIUM
535 EAST 86TH STREET
NEW YORK, NY 10028


GENERAL ELECTRIC CO.
3135 EASTON TURNPIKE
FAIRFIELD, CT 06828

GERIATRIC SERVICES PC
3 BARKER AVE.
4TH FLOOR
WHITE PLAINS, NY 10601


GOODWIN PROCTER LLP
ATTN: MICHAEL H. GOLDSTEIN
620 EIGHTH AVENUE
NEW YORK, NY 10018


GORELICK, HERB
C/O JUDY KAMENSTEIN
40 OVERTON ROAD
SCARSDALE, NY 10583


GREAT AMERCIAN BUSINESS PRODS
PO BOX 4422
HOUSTON, TX 77210


GREENBERG PUBLIC RELATIONS
14 PATRIOT CIRCLE
CLIFTON PARK, NY 12065


GROSS, PERRY
50 BELDIN AVE.
DOBBS FERRY, NY 10522


HAMLYN SENIOR MARKETING, LLC
25 CHESTNUT ST.
HADDONFIELD, NJ 08033


HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604


HARTFORD LIFE
ONE HARTFORD PLAZA
HARTFORD, CT 06155


HD SUPPLY FACILITIES MAINT
10641 SCIPPS SUMMIT COURT
SAN DIEGO, CA 92131

HEALTH FACILITY ASSESSMENT FUN
ASSESSMENT FUND ADMIN
PO BOX 4757
SYRACUSE, NY 13221


HEATH CARE EMPLOYEES PENSION
330 WEST 42ND ST.
27TH FL.
NEW YORK, NY 10036


HENDICKSON, ALTHEA
317 LAKESIDE RD.
NEWBURGH, NY 12550


HHH HOME CARE INC.
55 GRASSLANDS RD.
VALHALLA, NY 10595


HHH OF WESTCHESTER, INC.
ATTN: MARY FRANCES BARRETT
55 GRASSLANDS ROAD
VALHALLA, NY 10595


HI TOUCH BUSNIESS SERVICES
22 CENTURY BLVD, STE 420
NASHVILLE, TN 37214-3724


HOBART CORP
PO BOX 2517
CAROL STREAM, IL 60132-2517


HOWARD, GRACE
C/O CARL HOWARD
163 MILLARD AVENUE
TARRYTOWN, NY 10591


ID MEDICAL-AEQUOR
377 HOES LANE
SUITE 200
PISCATAWAY, NJ 08854


INDUSTRIAL UI SERVICES
20 SQUADRON BLVD., STE 101
PO BOX 825
NEW CITY, NY 10956

INTERSTATE FIRE & SAFETY
PO BOX 502
HARRISON, NY 10528


IPC THE HOSPITALIST COMPANY IN
P.O. BOX 844929
LOS ANGELES, CA 90084-4929


JBN 8891 CORP
P.O. BOX 739
47 BEEKMAN AVE.
TARRYTOWN, NY 10591


JOHNNY DARE MUSIC
PO BOX 111
PIERMONT, NY 10968


JOSEPH, JOANNE
3461 SEYMORE AVE.
APT. 1B
BRONX, NY 10469


KAUFMAN, KLARA
C/O MICHAEL KAUFMAN
41 POND HILL ROAD
CHAPPAQUA, NY 10514


KONICA MINOLTA
DEPT. AT 952823
ATLANTA, GA 31192


LANDRY, BEVERLY
4983 BACOPA LANE SOUTH
SAINT PETERSBURG, FL 33715


LANE, ESTELLE
C/O FAYE ELLEN LANE
1 STRAWBERRY HILL AVE, APT. 1C
STAMFORD, CT 06902


LANG, LEO
C/O ANNIE LANG
805 MILLS GREEN COURT
RALEIGH, NC 27609

LAPIS ADVISERS, LP
ATTN: KJERSTIN HATCH
12 FUNSTON AVENUE, SUITE A
SAN FRANCISCO, CA 94129


LARSEN, SUE
3 LAKE VIEW DRIVE NORTH
WHITE PLAINS, NY 10603


LAURA TOMAINO
151 STANDISH DR.
PEARL RIVER, NY 10965


LEADING AGE NEW YORK
13 BRITISH AMERICAN BLVD.
SUITE 2
LATHAM, NY 12110-1431


LEVY RATNER, P.C.
80 EIGHTH AVENUE
8TH FLOOR
NEW YORK, NY 10011


LIGGO, BOBBY
510 CARROLL AVE.
MAMARONECK, NY 10543


LONG TERM SOLUTIONS INC.
935 SOUTH LAKE BLVD.
SUITE 6
MAHOPAC, NY 10541


LOVE YOUR CARPET
72 CONGRESS ST.
HARRISON, NY 10528


M & N PARTY STORE
PO BOX 64784
SAINT PAUL, MN 55164


M & T LETTER OF CREDIT
PO BOX 62678
BALTIMORE, MD 21264

MASE ELECTRIC INC.
24 RUNYON AVE.
YONKERS, NY 10710


MASS MUTUAL RETIREMENT PLAN
1295 STATE STREET
SPRINGFIELD, MA 01111


MCCULLOUGH GOLDBERGER & STAUD
1311 MAMARONECK AVE.
SUITE 340
WHITE PLAINS, NY 10605


MED WORLD PHARM OMNI
DEPT. 781668
PO BOX 78000
DETROIT, MI 48278-1668


MED-PAT INC.
31 RIORDAN PLACE
SHREWSBURY, NJ 07702


MEDLINE INDUSTRIES
PO BOX 382075
PITTSBURGH, PA 15251-8075


MELVIN & MELVIN PLLC
ATTN: LOUIS LEVINE
217 SOUTH SALINA ST, 7TH FLOOR
SYRACUSE, NY 13202


MERCADO, MARIA SCAROS
97 PARK AVE.
UNIT 71
DANBURY, CT 06810


MEZA, LAURA A.
7 CHESTNUT ST.
LAKE PEEKSKILL, NY 10537


MFRS. & TRADERS TRUST CO.
ATTN: JODEE LACELLE
101 SOUTH SALINA ST, 3RD FLOOR
SYRACUSE, NY 13202

MICHELLE VERHAVE, DDS PC
5 MAIN ST.
PURDYS, NY 10578


MILLARD, GEROGANNE
PO BOX 298
PURCHASE, NY 10577


MILLENNIUM TRUST COMPANY, LLC
ATTN: RUDY GUTIERREZ
2001 SPRING ROAD, SUITE 700
OAK BROOK, IL 60523


MMS EXTENDED CARE
A MEDICAL SUPPLY
PO BOX 826627
PHILADELPHIA, PA 19182-6627


MOSES, RONALD
116 JOHN ST. 15TH FLOOR
MARSHALL #10
NEW YORK, NY 10038


MR. MICA CORP.
72 CROTTY AVE.
YONKERS, NY 10704


MUSIC CONSERVATORY OF WC
216 CENTRAL AVE.
WHITE PLAINS, NY 10606


N&S FUEL INC.
40 BROADWAY
HAWTHORNE, NY 10532


NIXON PEABODY LLP
1300 CLINTON AVENUE
ROCHESTER, NY 14604


NOBLER, MITCHELL
4 ROUDOLPH TERRACE
YONKERS, NY 10701

NORTHEAST GENERATOR CO.
596 JOHN ST.
BRIDGEPORT, CT 06604


NUTRITION MANAGEMENT SERVICES
BOX 725 KIMBERTON RD.
KIMBERTON, PA 19442


NYS DEPT OF HEALTH
875 CENTRAL AVE.
ALBANY, NY 12206


NYS DEPT. OF LABOR UI DIV
COLLECTION UNIT BLDG #12
ROOM 256
ALBANY, NY 12240


NYS HIGHER EDUCATION SRVS
PO BOX 645182
CINCINNATI, OH 45264-5182


NYSADSA
NYS ADULT DAY SERVICE ASSOC.
1450 WESTERN AVE. STE. 1
ALBANY, NY 12203


ON POINT PARTNERS
234 SILVERLAKE BLVD.
CARLE PLACE, NY 11514


OPEN SYSTEMS METRO NY, INC.
258 ROUTE 117 BY-PASS RD.
BEDFORD HILLS, NY 10507


OPEN TEXT INC.
JP MORGAN LOCKBOX
24685 NETWORK PLACE
CHICAGO, IL 60673-1246


ORTIZ, MIRIAM
555 BRONX RIVER RD.
APT. 3H
YONKERS, NY 10704

OTIS ELEVATOR CO.
PO BOX 13898
NEWARK, NJ 07188-8980


OUELLETTE, JOHN
95-117 RAVINE AVE.
APT. RF3E
YONKERS, NY 10701


PATEL, BANSARI
4 SPRINGDALE RD.
SCARSDALE, NY 10583


PATIENT CARE ASSOCIATES INC.
141 HALSTEAD AVE.
MAMARONECK, NY 10543


PECKAR & ABRAMSON
70 GRAND AVE.
RIVER EDGE, NJ 07661


PHOENIX MECHANICAL CORP
26 VREELAND AVE.
ELMSFORD, NY 10523


PITI, RICHARD
2523 WESTERVELT AVE.
BRONX, NY 10469


PITNEY BOWES INC RENTAL
PO BOX 371896
PITTSBURGH, PA 15250-7896


POLAND SPRING
PO BOX 856192
LOUISVILLE, KY 40285-6192


PRUDENTIAL GROUP INSURANCE
PO BOX 101241
ATLANTA, GA 30392-1241


RAMNANAN, ROY
16 LISPENAED AVE.
NEW ROCHELLE, NY 10801

REGENCY LIGHTING
PO BOX 205325
DALLAS, TX 75320-5325


RELIABLE HEALTH SYSTEMS
2610 NOSTRAND AVE.
BROOKLYN, NY 11210


RENTACRATE
PO BOX 824795
PHILADELPHIA, PA 19182-4795


ROBINSON, JAMES
701 DOBBS FERRY RD.
WHITE PLAINS, NY 10607


ROEMER WALLENS GOLD & MINEAUX
13 COLUMBIA CIRCLE
ALBANY, NY 12203


ROEMER WALLENS GOLD & MINEAUX
ATTN: JOHN R. MINEAUX
13 COLUMBIA CIRCLE
ALBANY, NY 12203


ROTER ROOTER PLUMBERS SERVICE
2500 FIRST FINANCIAL CENTER
255 EAST FIFITH ST.
CINCINNATI, OH 45202


RTO WESTCHESTER
35 TENNYSON ST.
HARTSDALE, NY 10530


SCAROS MARIA MERCADO
97 PARK AVE.
UNIT 71
DANBURY, CT 06810


SCHULDGNGIN, RAYA
5912 SPENCER AVE.
BRONX, NY 10471

SECURITAS SECURITY SERVICES
PO BOX 403412
ATLANTA, GA 30384


SOUND WATER TREATMENT CENTER
92 NORTH AVE.
SUITE 201
NEW ROCHELLE, NY 10801


STANLEY HEALTHCARE SOLUTIONS
DEPT CH 10504
PALATINE, IL 60055-0504


STEINER, THELMA
C/O MIRIAM COHEN
19 DEARTREE LANE
BRIARCLIFF MANOR, NY 10510


STEINFELD, RENA
82 CARTHAGE RD.
SCARSDALE, NY 10583


STERICYCLE INC.
PO BOX 6582
CAROL STREAM, IL 60197-6582


SUBURBAN CARTING
PO BOX 5102
WHITE PLAINS, NY 10602-5102


SULLIVAN & WORCESTER LLP
ATTN: JEANNE P. DARCEY
ONE POST OFFICE SQUARE
BOSTON, MA 02109


T.G. LANSCAPE CO.
490 ELLENDALE AVE.
PORT CHESTER, NY 10573


T.G.I.F.
825 CENTRAL AVE.
SCARSDALE, NY

TARSHIS, SUZETTE
C/O PETER TARSHIS
245 WEST 107TH STREET, #6B
NEW YORK, NY 10025


TECH AIR
PO BOX 0021
BRATTLEBORO, VT 05302-0021


THE DIGITAL ART EXPERIENCE
170 HAMILTON AVE.
WHITE PLAINS, NY 10601


THE JOURNAL NEWS
GANNATT CENTRAL NY NEWSPAPER
PO BOX 822883
PHILADELPHIA, PA 19182-2802


TODAYMEDIA
3301 LANCASTER PIKE
SUITE 5C
WILMINGTON, DE 19805


TOWN OF GREENBURGH
CONS WATER DISTRICT
PO BOX 205
ELMSFORD, NY 10523


TOWN OF GREENBURGH COMPTROLLER
17 HILLSIDE AVE.
WHITE PLAINS, NY 10607


TRC
PO BOX 536282
PITTSBURGH, PA 15253-5904


TYCO INTEGARATED SECURITY LLC
PO BOX 371967
PITTSBURGH, PA 15250


TYCO INTEGARATED SECURITY LLC
PO BOX 371967
PITTSBURGH, PA 15250-7967

U.S. BANK N.A.
ATTN: MICHELLE MENA
100 WALL ST, 16TH FLOOR
NEW YORK, NY 10005


UNITEX TEXTILE RENTAL SERVICES
145 S. SATELLITE RD.
SOUTH WINDSOR, CT 06074


VERIZON
P.O. BOX 15124
ALBANY, NY 12212-5124


VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101-0489


VESKLER, VITALY
120 DREISER LOOP
BLDG 9B
BRONX, NY 10475


W. MEADOWS RESIDENT COUNCIL
55 GRASSLANDS ROAD
VALHALLA, NY 10595


WALKABOUT CLEARWATER CHORUS
724 WOLCOTT AVE.
BEACON, NY 12508


WALTERS, DANNEIL
650 E 229 ST.
BRONX, NY 10466


WEEKS-LERMAN (WINGARD)
5838 PAGE PLACE
MASPETH, NY 11378


WEINER, ETHEL
C/O ROBERT WEINER
360 EAST 72ND STREET
NEW YORK, NY 10021

WESTCHESTER AMBULETTE
58 PALISADE AVE.
YONKERS, NY 10701


WESTCHESTER CO. DOH
145 HUGUENOT ST. #8
NEW ROCHELLE, NY 10801


WESTERN PEST SERVICES
162-164 EAST AVENUE B -1632
NORWALK, CT 06851-5715


YONKERS CARPETING
1059 SAW MILL RIVER RD.
YONKERS, NY 10710


ZATZ, MARVIN
47 SOUTH BEACH DRIVE
NORWALK, CT 06853

# United States Bankruptcy Court
## Southern District of New York

In re    **Hebrew Hospital Senior Housing Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Hebrew Hospital Senior Housing Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  9, 2015**

Date

**/s/ Raymond L. Fink**

**Raymond L. Fink**

Signature of Attorney or Litigant

Counsel for    **Hebrew Hospital Senior Housing Inc.**

**Harter Secrest & Emery LLP**

**1600 Bausch & Lomb Place**
**Rochester, NY 14604-2711**
**(585) 232-6500 Fax:(585) 232-2152**