UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                               Chapter 11

Hebrew Hospital Senior Housing, Inc.,                Case No. 15-13264 (MEW)

                         Debtor.
---------------------------------------------------------x

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors, pursuant to 11 U.S.C. § 1102(a) and § 1102(b):

1. 1199 SEIU Benefit and Pension Funds
   c/o Levy Ratner, P.C.
   Ryan Barbur, Esq.
   80 Eighth Avenue, 8th floor
   New York, NY 10011-7175
   Telephone: (212) 627-8100

2. Andrea Taber, Esq.
   on behalf of Lucille and Selig Poplik
   5 Warner Lane
   Tarrytown, NY 10591
   Telephone: (914) 472-8648

3. Richard A. Bobbe
   55 Grassland Road, B121
   Valhalla, NY 10595
   Telephone: (914) 989-8808

4. Mary Blumenthal-Lane
   on behalf of Julia Blumenthal-Lane
   10 Donellan Road
   Scarsdale, NY 10583
   Telephone: (914) 723-0655

5. Peter Clark
   on behalf of Ann Clark
   17 William Street
   W. Harrison, NY 10604
   Telephone: (914) 423-4006

Dated: New York, New York
       December 28, 2015

                                        Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:  /s/ Greg M. Zipes
Greg M. Zipes
Trial Attorney
201Varick Street, Room 1006
New York, New York 10014
Telephone:  (212) 510-0500
Fax:  (212) 668-2255