# United States Bankruptcy Court
## Southern District of New York

In re **Hebrew Hospital Senior Housing Inc.**  
Debtor(s)

Case No. **15-13264**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hebrew Hospital Senior Housing Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 29, 2015**  
Date

**/s/ Raymond L. Fink**  
**Raymond L. Fink**  
Signature of Attorney or Litigant  
Counsel for **Hebrew Hospital Senior Housing Inc.**  
**Harter Secrest & Emery LLP**  
**1600 Bausch & Lomb Place**  
**Rochester, NY 14604-2711**  
**(585) 232-6500 Fax:(585) 232-2152**