DLA PIPER LLP (US)
Thomas Califano
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501
E-mail: thomas.califano@dlapiper.com

*Proposed Counsel for the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HEBREW HOSPITAL SENIOR HOUSING, INC., : Case No.: 15-13264 (MEW)
(A/K/A WESTCHESTER MEADOWS :
CONTINUING CARE RETIREMENT :
COMMUNITY AND FIELDSTONE AT :
WESTCHESTER MEADOWS) :
:
:
         Debtors. :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY
DLA PIPER LLP (US) AS PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF HEBREW HOSPITAL SENIOR HOUSING, INC.**

**PLEASE TAKE NOTICE** that DLA Piper LLP (US) hereby appears in the above-captioned case (the "Chapter 11 Case") as proposed counsel for the Official Committee of Unsecured Creditors (the "Committee") of Hebrew Hospital Senior Housing, Inc. (the "Debtor"), pursuant to section 1109(b) of title 11 of the United States Code, and requests, pursuant to Rules 2002(i), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all notices given or required to be given and all papers and pleadings served or required to be served in the Chapter 11 Case, whether sent by the Clerk of the Court, the Debtor,

1

or any creditor, committee, or party in interest, be given to and served upon the persons below at the following addresses, and that such names and addresses be added to any master mailing list:

      **DLA PIPER LLP (US)**
      Thomas Califano
      1251 Avenue of the Americas
      27th Floor
      New York, New York 10020-1104
      Tel:  (212) 335-4500
      Fax:  (212) 335-4501
      E-mail: thomas.califano@dlapiper.com

      and

      Rachel Nanes
      200 South Biscayne Boulevard
      Suite 2500
      Miami, Florida 33131
      Tel:  (305) 423-8563
      Fax:  (305) 437-8131
      E-mail: rachel.nanes@dlapiper.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices, papers and pleadings referenced in the above-referenced Bankruptcy Rules but also includes, without limitation, orders on and notices of any motion, application, petition, pleading, plan of reorganization, disclosure statement, or complaint, whether formal or informal, written or oral, transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically or otherwise in the Chapter 11 Case.

**PLEASE TAKE FURTHER NOTICE** that neither this request for notice nor any subsequent appearance, pleading, claim, or other writing or conduct shall constitute a waiver of any: (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

2

(d) other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity. All of such rights hereby are reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this Chapter 11 Case.

Dated: New York, New York
      January 7, 2016

DLA PIPER LLP (US)

By: /s/ *Thomas Califano*
Thomas Califano
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York  10020-1104
Tel:  (212) 335-4500
Fax:  (212) 335-4501
E-mail: thomas.califano@dlapiper.com

*Proposed Counsel for the Official*
*Committee of Unsecured Creditors*